**Electronically Filed
Supreme Court
SCWC-10-0000121
14-FEB-2012
12:05 PM**

NO. SCWC-10-0000121

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

MICHAEL A. BREWER, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000121; CR. NO. 09-1-1729)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Michael A. Brewer's

application for writ of certiorari filed on January 10, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, February 14, 2012.

Summer M.M. Kupau, Deputy
Public Defender, on the
application for petitioner/
defendant-appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

